■

**L.R.**

v.

**S.R.**

**1837 WDA 2016**

Superior Court of Pennsylvania.

06/23/2017

FD 12–008542–016 (Allegheny)

Affirmed

■

**IN RE: R.J.C.K., et al., Minors,**

**Appeal of: R.K.**

**132 WDA 2017**

Superior Court of Pennsylvania.

06/23/2017

No. CP–02–AP–033–2015 (Allegheny)

Affirmed

■

**ZAWROTNY, M.**

v.

**CLARK, R.**

**3015 EDA 2015**

Superior Court of Pennsylvania.

06/26/2017

2011–29461, (Montgomery)

Vacated/Remanded

■

**COM.**

v.

**THOMAS, T.**

**828 EDA 2016**

Superior Court of Pennsylvania.

06/26/2017

CP–39–CR–0003165–2015

(Lehigh)

Affirmed

■

**COM.**

v.

**RINICK, W.**

**900 EDA 2016**

Superior Court of Pennsylvania.

06/26/2017

CP–51–CR–0606601–2002 (Philadelphia)

Affirmed

